**2003–1637. State v. Cooper.**
Crawford App. No. 3–02–02, 2003-Ohio-4236. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On September 19, 2003, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals, and pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B), nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within ten days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2003–1964. State v. Conway.**
Franklin C.P. No. 02CR063117. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to February 20, 2004.

## MISCELLANEOUS DISMISSALS

**2003–0652. State Alarm, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 98–1018–TP–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0861. Ohio Dept. of Job & Family Serv. v. Tultz.**
Summit App. No. 21241, 152 Ohio App.3d 405, 2003-Ohio-1597. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–1735. State Auto Mut. Ins. Co. v. Goodson Newspaper Group, Inc.**
Stark App. No. 2002CA00364, 2003-Ohio-4395. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.